IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Annamarie Last Name Uncertain and 649 others, also known as Annamarie Riethmiller, | ) ) ) ) | Case No. 3:12-cv-85 |
| Plaintiff, | ) ) ) | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| vs. | ) ) | |
| Electors for the State, | ) ) | |
| Defendant. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, recommending that the plaintiff's motion for transfer be denied and her complaint be dismissed without prejudice on the basis of frivolousness (Doc. #9). The plaintiff has objected, reiterating her earlier claims that an unlicensed psychiatrist has violated her fundamental rights, that the President of the United States has failed to intervene, and that court records from Florida prove the substance of her claims (Doc. #11).

The Court has reviewed the Report and Recommendation, along with the entire record in this matter, and finds that the Magistrate Judge's position is correct. The Court adopts the Report and Recommendation in its entirety and **ORDERS** that the motion to transfer is **DENIED** and the complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated this 22nd day of April, 2013

                                                  /s/   Ralph R. Erickson
                                        Ralph R. Erickson, District Judge
                                        United States District Court